**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**SEGUNDO RAFAEL DUCHI CHIMBO,**
Petitioner,
v.
**SOTO, et al.,**
Respondents.

Civil Action No. 2:26-cv-13543-CCC
Hon. Claire C. Cecchi, U.S.D.J.

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 NOV 13 P 3:57

November 13, 2026

Honorable Claire C. Cecchi, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Request for Voluntary Dismissal Without Prejudice**

Dear Judge Cecchi:

My name is Segundo Rafael Duchi Chimbo. I am the Petitioner in the above-captioned habeas corpus case. I am writing personally, on my own behalf, to respectfully request that the Court dismiss my petition without prejudice and close this case.

I previously asked my attorney, Alexandra Miron, to withdraw or dismiss this habeas case on my behalf, but she has declined to do so. Because my attorney has not submitted my request, I am filing this letter myself, pro se, so the Court can hear directly from me that I do not wish to continue this habeas action.

Although counsel remains listed in the case, I respectfully ask the Court to accept and consider this personal request. To the extent necessary, I ask the Court to permit me to proceed without counsel for purposes of this request and to address counsel's appearance under Local Civil Rule 102.1.

I request dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), if applicable, or alternatively by Court order under Rule 41(a)(2). I ask that dismissal be without a decision on the merits of my habeas claims.

Thank you for your consideration.

Respectfully submitted,

Segundo Rafael Duchi Chimbo

**Segundo Rafael Duchi Chimbo**
Petitioner, submitting personally (pro se)

Date signed: 11-12-2026

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/18/2026